UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

January 28, 2003

Richard S. Phillips, Esquire
Walsh and Phillips
22 West Dover Street
Post Office Box 240
Easton, Maryland 21601

Kurt Karston, Esquire
Curtis H. Booth, Esquire
Cowdrey, Thompson & Karsten
621 Ridgely Avenue, Suite 402
Annapolis, Maryland 21401

RE:  Donato Piselli v. 75th Street Medical
     Civil Action No.: L-98-2416

Dear Counsel:

This will confirm the schedule that has been set in this case during the telephone conference of January 24, 2003:

**Defendant's Motion for Sufficiency of Evidence**          February 14, 2003
**to support the reinstated jury verdict**

**Plaintiff's Opposition**                                   February 26, 2003

**Hearing on Motion**                                        March 5, 2003 @ 11: a.m.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Paul W. Grimm
United States Magistrate Judge

cc:  Court File
     The Honorable Benson E. Legg

