IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DONATO and MARIE PISELLI,
Individually and as parents and
next friends of
CHRISTOPHER DONATO PISELLI,

        Plaintiffs,

V.

75TH STREET MEDICAL, P.A., ET AL.

        Defendants.

CIVIL CASE NO.
L-98-2416
(Grimm, J.)

---

### MOTION FOR COST

Comes now, Christopher Donato Piselli, by counsel, requests this court to award him cost and expenses and in support thereof states as follows:

The following expenses were incurred for Transcripts and Briefings in the 4th Circuit Court:

1)     4TH CIRCUIT EXPENSES:

    A) TRANSCRIPTS:

| | |
|---|---:|
| Mary Zajac Transcript | $ 2000.00 |
| Compuscribe Transcript (final day) | 300.00 |
| Mary Zajac Transcript | 40.00 |
| Trial Transcripts | $ 2340.00 |

1

B) BRIEFS:
    Docketing Fee:      $ 105.00 Printing
    Appendix:
    447 pgs x $0.15 per x 22 copies      1475.10 Printing
    Appellant's Brief:
        41 pgs x $0.15 per x 22 copies      135.30
    Printing Appellant's Reply Brief:
        20 pgs x $0.15 per x 22 copies      66.00
    Paralegal fees  7.5 hrs x $65.00 per      487.50
                Total Briefs:      $ 2268.90

NOTE: The copying and compilation of these briefs was done utilizing in house printing.
        TOTAL 4th CIRCUIT EXPENSES:  $ 4608.90

2) DEPOSITION COSTS:
The following deposition and transcript expenses were incurred during discover:

    A) DISCOVERY DEPOSITIONS:
    DEPOSITION TRANSCRIPT FEES:
    <u>Gore Reporting Company</u>:

| Name | Date | Pages |
|---|---|---|
| Donato Piselli | 5-24-99 | 53 pages |
| Christopher Piselli | 5-24-99 | 47 pages |
| Marie Piselli | 5-24-99 | 48 pages |
| Dr. Victor Gong | 4-22-99 | 21 pages |
| Dr. Lynn V. Yarborough | 4-22-99 | 87 pages |
| Dr. Mark Murphey | 9-7-99 | 88 pages |
| Dr. Paul Sponseller | 11-8-99 | 46 pages |
| Dr. Ann Docimo | 11-4-99 | <u>43 pages</u> |
| | Total pgs: | 433 pages |
| Check # 4931 | 8-6-99 | $ 586.20 |
| Check # 5153 | 12-28-99 | <u>333.87</u> |
| | Total: | $ 920.07 |

<u>Mary T. Babiarz Court Reporting Service:</u>

| Name | Date | Pages |
|---|---|---|
| Dr. Iris Schlesinger | 9-24-99 | 18 pages |
| Check # 5152 | 12-28-99 | $ 42.31 |

<u>For The Record Inc.:</u>

| Name | Date | Pages |
|---|---|---|
| Dr. Hebert Muncie | 12-1-99 | 21 pages |
| Dr. Wallace Musciuch | 11-23-99 | <u>30 pages</u> |
| | | 51 pages |
| Check #5154 | 12-28-99 | $114.00 |

<u>Schafer Reporting:</u>
    Dr. Robert James Corcoran   12-21-99   21 pages

    Check # 15068   12-28-99   $150.00

    TOTAL DISCOVERY DEPOSITIONS:   $1226.38

B) DEPOSITIONS FOR USE AT TRIAL:
The following deposition expenses were incurred for *de bene esse* depositions and transcripts:

<u>Gore Reporting Company</u>:
| | | | |
|---|---|---|---|
| Dr. Paul Sponseller | 6-27-00 | 51 pgs | $ 423.75 |
| Dr. Anne Docimo | 7-13-00 | 73 pgs | 536.25 |
| Dr. Mark Murphey | 7-13-00 | 62 pgs | 495.00 |
| | | Total | $1455.00 |

    Check # 15836 dated 10-5-00   $1455.00

<u>Mary T. Babiarz Court Reporting:</u>
    Dr. Iris E. Schlesinger  7-14-00   40 pgs   $ 198.20

    Check # 15837 dated 10-5-00   $ 198.20

    TOTAL DEPOSITIONS FOR USE AT TRIAL:   $1653.20

3) EXPERT WITNESS COSTS:
The following expenses were incurred for Expert Fees during discovery for plaintiff's and defendant's experts:

A) <u>Discovery</u>

    1)   Anne Boland Docimo, MD
         Reviewing Records (2 hour @ $250/hr)   $ 500.00
         Deposition (2 hrs @ $250/hr)   500.00
                   Total   $ 1000.00

    2)   Mark D. Murphy, MD
         Deposition Prep & Deposition
             Check # 5015 10/6/99   $1179.38
             Check # 13152 6/1/98   300.00
                 Total   $1479.38

| | | | |
|---|---|---|---|
| 3) | Herbert L. Muncie | | |
| | Deposition (50 min. @ 250/hr) | | $ <u>200.00</u> |
| | | Total | $ 200.00 |
| | | | |
| 4) | Wallace B. Masctuch, M.D. | | |
| | Deposition | | $ <u>600.00</u> |
| | | Total | $ 600.00 |
| | | | |
| 5) | Paul D. Sponseller, M.D. | | |
| | Review of Deposition/Telecon (1 ¼ hr @ $350/hr) | | $ 469.00 |
| | Deposition (1 hr) | | $ <u>500.00</u> |
| | | Total | $ 969.00 |

        TOTAL EXPERT WITNESS DISCOVERY:    $4248.38

B) <u>Trial Testimony</u>
   The following expenses were incurred for Expert Fees for trial testimony:

| | | | |
|---|---|---|---|
| 1) | Anne Boland Docimo, MD | | |
| | Reviewing Records (1 hour @ $250/hr) | | $ 250.00 |
| | Deposition (2 hrs @ $350/hr) | | <u>700.00</u> |
| | | Total | $ 950.00 |
| | | | |
| 2) | Mark D. Murphy, MD | | |
| | Deposition Preparation (4.5 hrs@ $350/hr) | | $ 1575.00 |
| | Deposition (3.5 hrs @ $350/hr) | | <u>1225.00</u> |
| | | Total | $ 2800.00 |
| | | | |
| 3) | Paul D. Sponseller, MD | | |
| | Deposition Prep & Deposition | | $1000.00 |
| | | Total | $1000.00 |
| | Check # 15537 6-27-00 | $1000.00 | |
| | | | |
| 4) | Iris E. Schlesinger, MD | | |
| | Deposition | | $ 500.00 |
| | | Total | $ 500.00 |
| | Check # 15595 7-17-00 | $ 500.00 | |

        TOTAL TRIAL TESTIMONY:    $5250.00

4)    TRIAL EXHIBITS:
The following expenses were incurred for Trial Exhibits:

| | |
|---|---:|
| Expert Express Courier (Delivery to Cowdrey Thompson) | $ 120.00 |
| First Frame Graphics printing 560 shts @ 6 cents per | <u>35.28</u> |
| TOTAL TRIAL EXHIBITS: | $ 155.28 |

5)    FILING FEES/SERVICE FEES/SUBPOENAS:
The following expenses were incurred for filing fees:

| | |
|---|---:|
| Filing fee for Complaint, Demand for Jury Trial, An Election to Waive Arbitration, Order of Transfer, Certificate of Expert and Summonses | $ 150.00 |

**TOTAL BILL OF COSTS:**     **$ 17,292.14**

WHEREFORE, Plaintiff prays this court to enter an Order granting his cost and expenses of $17,292.14.

                                                          _____
                                                          Richard S. Phillips, Esq.
                                                          Walsh & Phillips, P.A.
                                                          22 West Dover Street
                                                          P.O. Box 240
                                                          Easton, MD 21601

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of March, 2003, a copy of the foregoing Motion of Cost was sent via postage paid 1st class mail to:

Kurt D. Karsten, Esq.
Curtis H. Booth, Esq.
Cowdrey, Thompson & Karsten, P.A.
621 Ridgely Avenue
Annapolis, MD 21401

_____
Richard S. Phillips, Esq.