IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONATO and MARIE PISELLI, et al. | : |
| Plaintiffs | : |
| vs. | : |
| 75th STREET MEDICAL, P.A. | :   CASE NO. L 98-2416 |
| | (Grimm, J.) |
| Defendants | : |

: : : : : : : : : : : :

**<u>DEFENDANT 75TH STREET MEDICAL, P.A.'S NOTICE OF APPEAL</u>**

COMES NOW Defendant 75th Street Medical, P.A., by its attorneys Kurt D. Karsten, Curtis H. Booth and Cowdrey, Thompson & Karsten, A Professional Corporation, and pursuant to the applicable provision of the Federal Rules of Civil Procedure, Federal Rules of Appellate Procedure and the United States Code, hereby gives notice that it is appealing to the United States Court of Appeals for the Fourth Circuit, the District Court of Maryland's denial of its Motions filed under Rule 50 and Rule 59, which denials and rulings were made by Judge Grimm from the bench at a hearing in open court and were incorporated into a final judgment in this matter on or about March 5, 2003.

Respectfully submitted,

_____
Kurt D. Karsten, Esquire
Curtis H. Booth, Esquire
COWDREY, THOMPSON & KARSTEN,
A Professional Corporation
Ridgely Oaks Professional Center

621 Ridgely Avenue, Suite 402
Annapolis, Maryland 21401
(410) 841-1938

Attorneys for 75th Street Medical, P.A.

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2003, a copy of the foregoing Notice was served electronically to: Richard Phillips, Walsh & Phillips, P.A., 22 West Dover Street, P.O. Box 240, Easton, Maryland 21601.

_____
Kurt D. Karsten