# Walsh & Phillips, P. A.

22 WEST DOVER STREET

POST OFFICE BOX 240

EASTON, MARYLAND 21601

WALSH, JR.
PHILLIPS*

SEL
ITERLINE⁺

N MD, VA, & DE
N MD & DE

410-820-4455

410-476-3710

FAX 410-820-4715
www.wplaw.com

18 CHESTN
PO Bo
GEORGETOWN, D

302-856

ADDRESS ALL MA
MD AD

April 7, 2003

The Honorable Judge Paul W. Grimm
US Magistrate Judge
101 W. Lombard St., Eighth Floor
Baltimore, MD 21202

   Re: Piselli, *et al* v. 75th Street Medical, *et al*

Dear Judge Grimm,

 We are in receipt electronically of Notice of Appeal by 75th Street Medical in the above captioned matter. In light of the fact that the Court still has not as of this date entered an Order on the outstanding Motion for Cost and for Entry of the Judgment in this matter, specifically addressing the *nunc pro tunc* nature of that judgment, we woul[d] ask that the Court proceed pursuant to Rule 4 to enter judgment in the ordinary course and to rule on the outstanding issues with respect to cost.

 Should the Court have any questions with respect to this, please feel free to call us.

        Sincerely,

        *[signature]*

        Richard S. Phillips, Esq.

RSP/sao
Cc: Kurt D. Karsten, Esq.
   D. Piselli